# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Orrick, William H. | 2. Court or Organization<br><br>U.S. District Court, Northern District of California | 3. Date of Report<br><br>06/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination   Date 06/11/2012<br>☐ Initial  ☐ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2011<br>to<br>5/17/2012 |

**7. Chambers or Office Address**

Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington DC 20530

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Trustee | Trust #4 |
| 5. | Trustee | Trust #5 |
| 6. | Trustee | Trust #6 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2007 | Coblentz, Patch Duffy & Bass LLP Cash Balance Plan, a pension plan with former law firm, no control (Part VII, line 10) |
| 2. | 2009 | Coblentz, Patch, Duffy & Bass, LLP monthly payments for two months in 2011 from capital account/partnership share calculated June 17, 2009 (Part VII, line 11) |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 16

Name of Person Reporting

Orrick, William H.

Date of Report

06/11/2012

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3. | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 06/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Republic Bank | rental property #2, line of credit, San Francisco, California | N |
| 2. | Citibank Mortgage, Inc. | rental property #2, mortgage, San Francisco, California | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Republic checking accounts | A | Interest | K | T | Exempt | | | | |
| 2. OnePacificCoast Bank accounts | A | Interest | K | T | | | | | |
| 3. Rental property #2, San Francisco, CA | F | Rent | P1 | W | | | | | |
| 4. Rental property #1, Stinson Beach, CA | E | Rent | P1 | W | | | | | |
| 5. 401K #1 | F | Int./Div. | P1 | T | | | | | |
| 6. - Dodge & Cox Stock Fund | | | | | | | | | |
| 7. - Fidelity Diversified International Fund | | | | | | | | | |
| 8. - Spartan US Equity Fund | | | | | | | | | |
| 9. - Vanguard Total Bond Market | | | | | | | | | |
| 10. Coblentz, Patch, Duffy & Bass LLP Cash Balance Plan | D | Interest | N | T | | | | | |
| 11. Coblentz, Patch, Duffy & Bass LLP capital account payout | D | Distribution | | | | | | | |
| 12. Vanguard Int'l Growth Fund | D | Dividend | M | T | | | | | |
| 13. Vanguard Int'l Growth Fund | D | Dividend | L | T | | | | | |
| 14. Vanguard Int'l Growth Fund | C | Dividend | L | T | | | | | |
| 15. Vanguard European Stock Index | C | Dividend | L | T | | | | | |
| 16. Dodge & Cox Stock Fund | E | Dividend | N | T | | | | | |
| 17. Dodge & Cox Balanced Fund | D | Dividend | | | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Trust #1 | E | Dividend | P1 | T | | | | | |
| 19. ~12% interest in rental property #1, Stinson Beach, CA. | | | | | | | | | |
| 20. - General Electric Common Stock ("Com") | | | | | | | | | |
| 21. - IBM Com | | | | | | | | | |
| 22. - Eli Lilly & Co Com | | | | | | | | | |
| 23. - Medco Health Solutions Com | | | | | | | | | |
| 24. - Merck & Co Com | | | | | | | | | |
| 25. - Monsanto Co Com | | | | | | | | | |
| 26. - Pfizer Com | | | | | | | | | |
| 27. - Proctor & Gamble Com | | | | | | | | | |
| 28. - Rayonier Com | | | | | | | | | |
| 29. - JM Smucker Com | | | | | | | | | |
| 30. - First Republic Bank account | | | | | | | | | |
| 31. Trust #2 | F | Dividend | P1 | T | | | | | |
| 32. - Aegon N V NY Registry ADR | | | | | | | | | |
| 33. - Diageo PLC Spon ADR New | | | | | | | | | |
| 34. - Ericsson L M Tel Co ADR B SEK 10 | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Glaxosmithkline PLC Spons ADR | | | | | | | | | |
| 36. - HSBC Hldgs PLC Spon ADR NEW | | | | | | | | | |
| 37. - Nokia Corp Spon ADR | | | | | | | | | |
| 38. -Novartis ADR (Y) | | | | | | | | | |
| 39. Panasonic ADR (Y) | | | | | | | | | |
| 40. - Roche Hldg Ltd Spon ADR | | | | | | | | | |
| 41. - Sanofi Spon ADR | | | | | | | | | |
| 42. -Vodafone Group PLC New Spon ADR New | | | | | | | | | |
| 43. -3M Co Com | | | | | | | | | |
| 44. - American Express Co Com | | | | | | | | | |
| 45. - Amgen Inc Com | | | | | | | | | |
| 46. - AOL Inc Com | | | | | | | | | |
| 47. - Baker Hughes, Inc. Com | | | | | | | | | |
| 48. - Bank of America Com | | | | | | | | | |
| 49. -Bank of New York Mellon Com | | | | | | | | | |
| 50. - BB&T Corp Com | | | | | | | | | |
| 51. - Boston Scientific Corp Com | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Cadence Design System Inc Com | | | | | | | | | |
| 53. - Cardinal Health, Inc. Com (Y) | | | | | | | | | |
| 54. - Capital One Fin'l Corp Com | | | | | | | | | |
| 55. - Citrix Sys Inc Com (Y) | | | | | | | | | |
| 56. - Chevron Corp Com | | | | | | | | | |
| 57. - Chubb Corp Com | | | | | | | | | |
| 58. - Comcast Corp new CLA com | | | | | | | | | |
| 59. - Computer Sciences Corp Com | | | | | | | | | |
| 60. - Dow Chemical Com | | | | | | | | | |
| 61. - EBay Inc Com | | | | | | | | | |
| 62. - Fedex Corp Com | | | | | | | | | |
| 63. - General Electric Com | | | | | | | | | |
| 64. - Hewlett Packard Co Com | | | | | | | | | |
| 65. - Home Depot Inc Com | | | | | | | | | |
| 66. - IBM Com | | | | | | | | | |
| 67. - Liberty Interactive Corporation Int Com Ser A | | | | | | | | | |
| 68. - Eli Lilly Com | | | | | | | | | |

1. Income Gain Codes. (See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Masco Corp Com (Y) | | | | | | | | | |
| 70. - Medtronic, Inc Com | | | | | | | | | |
| 71. - Merck & Co New Com | | | | | | | | | |
| 72. - Microsoft Com | | | | | | | | | |
| 73. - Molex Inc Cl A | | | | | | | | | |
| 74. - Motorola Solutions Inc Com New | | | | | | | | | |
| 75. - News Corp Cl A | | | | | | | | | |
| 76. - Occidental Petroleum Corp Del Com | | | | | | | | | |
| 77. - Pfizer Com | | | | | | | | | |
| 78. - Pitney Bowes Com | | | | | | | | | |
| 79. - Proctor & Gamble Com | | | | | | | | | |
| 80. - Charles Schwab Corp New Com | | | | | | | | | |
| 81. - Sprint Nextel Corp com ser 1 | | | | | | | | | |
| 82. - Suntrust Bks Inc Com | | | | | | | | | |
| 83. - Symantec Corp Com | | | | | | | | | |
| 84. - Target Corp Com | | | | | | | | | |
| 85. - Time Warner Cable Inc Com | | | | | | | | | |

1 Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
| | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000
3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) | U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Time Warner Inc com new | | | | | | | | | |
| 87. - Travelers Companies Inc Com | | | | | | | | | |
| 88. - Tyco Electronics Ltd Com (Y) | | | | | | | | | |
| 89. - Union Pacific Com | | | | | | | | | |
| 90. - US Bancorp Del com new | | | | | | | | | |
| 91. - Vulcan Materials Co Com | | | | | | | | | |
| 92. - Walmart Stores Inc Com | | | | | | | | | |
| 93. - Walgreen Com | | | | | | | | | |
| 94. - Wellpoint Inc Com (Y) | | | | | | | | | |
| 95. - Wells Fargo & Co new com | | | | | | | | | |
| 96. - Xerox Corp Com | | | | | | | | | |
| 97. - Covidien PLC Shs Com | | | | | | | | | |
| 98. - Koninklijke Philips Electrs NY Reg Sh new com | | | | | | | | | |
| 99. - Schlumberger Ltd | | | | | | | | | |
| 100. - TE Connectivity Ltd Reg com shs | | | | | | | | | |
| 101. - Tyco International Ltd Com | | | | | | | | | |
| 102. - Union Bank account | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000

F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 10 of 16

**Name of Person Reporting**

Orrick, William H.

**Date of Report**

06/11/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Trust # 3 | F | Dividend | P1 | T | | | | | |
| 104. - Calif.Infrastructure and Economic Dev. Wrk Comp bonds (Y) | | | | | | | | | |
| 105. -Metropolitan Wtr Dist So Cal bonds | | | | | | | | | |
| 106. - California St G.O. Ref bonds | | | | | | | | | |
| 107. - Pasadena Calif Area cmnty College Dist GO College bonds | | | | | | | | | |
| 108. - Calif. St Dept Wtr Res Cent Vy Proj bonds | | | | | | | | | |
| 109. - Santa Clara Vy Calif Transn Auth Sales T Sales Tax Rev Bd | | | | | | | | | |
| 110. - LA Cty Calif Met Transn Auth S Meas. R senior sales tax bd | | | | | | | | | |
| 111. - Calif St Univ Rev systemwide Rev Bds | | | | | | | | | |
| 112. - Santa Clara Ca Uni Sch Dist GO Bds | | | | | | | | | |
| 113. - Calif St GO Refunding bonds | | | | | | | | | |
| 114. - LA Calif Uni Sch Dist GO | | | | | | | | | |
| 115. - Aegon N V NY Registry sh ADR | | | | | | | | | |
| 116. - Ericsson LM Tel Co ADR B sck 10 | | | | | | | | | |
| 117. - Glaxosmithkline PLC Spons ADR | | | | | | | | | |
| 118. - Novartis AG Spons ADR | | | | | | | | | |
| 119. - Panasonic Corp ADR | | | | | | | | | |

1. Income Gain Codes;     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Sanofi Spons ADR | | | | | | | | | |
| 121. - Sony Corp ADR | | | | | | | | | |
| 122. - Vodafone Group PLC New Spons ADR new | | | | | | | | | |
| 123. - 3M Co Com | | | | | | | | | |
| 124. - American Express Co Com | | | | | | | | | |
| 125. - Amgen Inc Com | | | | | | | | | |
| 126. - AOL Inc Com | | | | | | | | | |
| 127. - Berkshire Hathaway Inc Del Cl B new Com | | | | | | | | | |
| 128. - Capital One Fin'l Corp Com | | | | | | | | | |
| 129. - Chevron Corp Com | | | | | | | | | |
| 130. - Comcast Corp new cl A com | | | | | | | | | |
| 131. - Computer Sciences Corp com (Y) | | | | | | | | | |
| 132. - Domtar Corp Com | | | | | | | | | |
| 133. - Dow Chem Com | | | | | | | | | |
| 134. - EBay Inc Com | | | | | | | | | |
| 135. - Exxon Mobil Corp Com | | | | | | | | | |
| 136. - Fedex Corp Com | | | | | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000

F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3 Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - General Electric Com | | | | | | | | | |
| 138. - Hewlett Packard Com | | | | | | | | | |
| 139. - Home Depot Com | | | | | | | | | |
| 140. - Honeywell Int'l Com | | | | | | | | | |
| 141. - IBM Com | | | | | | | | | |
| 142. - Kimberly Clark Corp Com | | | | | | | | | |
| 143. - Eli Lilly & Co Com | | | | | | | | | |
| 144. - Merck & Co Com | | | | | | | | | |
| 145. - Motorola Solutions Inc Com new | | | | | | | | | |
| 146. - News Corp Cl A com | | | | | | | | | |
| 147. - Pfizer Com | | | | | | | | | |
| 148. - Proctor & Gamble Co Com | | | | | | | | | |
| 149. - Charles Schwab Corp new com | | | | | | | | | |
| 150. - Sprint Nextel Corp com ser 1 | | | | | | | | | |
| 151. - Target Corp Com | | | | | | | | | |
| 152. - Time Warner Cable Inc Com | | | | | | | | | |
| 153. - Time Warner Inc com new | | | | | | | | | |

1. Income Gain Codes. (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000

F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000

N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market

U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. - Travelers Companies Inc Com | | | | | | | | | |
| 155. - Tyco Electronics, Ltd (Y) | | | | | | | | | |
| 156. - Union Pac Corp Com | | | | | | | | | |
| 157. - Walmart Stores Com | | | | | | | | | |
| 158. - Wells Fargo & Co new com | | | | | | | | | |
| 159. - Covidien PLC com | | | | | | | | | |
| 160. - TE Connectivity Ltd Reg Shs Com | | | | | | | | | |
| 161. - Union Bank account | | | | | | | | | |
| 162. TIAA-CREF: Cref Stock Fund | B | Dividend | K | T | | | | | |
| 163. TIAA Traditional Annuity | A | Interest | J | T | | | | | |
| 164. 529 A College Funds | | | | | | | | | |
| 165. -American Funds AMCAP Fund | A | Int./Div. | K | T | | | | | |
| 166. -American Funds American High-Income Trust | B | Int./Div. | K | T | | | | | |
| 167. -American Funds Bond Fund of America | B | Int./Div. | K | T | | | | | |
| 168. -American Funds Income Fund of America | A | Int./Div. | J | T | | | | | |
| 169. -American Funds -Intermediate Bond Fund of America | B | Int./Div. | K | T | | | | | |
| 170. -American Funds New Perspective Fund | B | Int./Div. | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 06/11/2012 |

# VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. American Funds Washington Mutual Investors Fund | B | Int./Div. | K | T | | | | | |
| 172. JP Morgan Chase Bank NA. HSA Custodian | A | Interest | J | T | | | | | |
| 173. Trust #4 : Dodge & Cox Stock Fund | D | Dividend | N | T | | | | | |
| 174. Trust #5: Dodge & Cox Stock Fund | D | Dividend | O | T | | | | | |
| 175. Trust #6: Dodge & Cox Stock Fund | D | Dividend | N | T | | | | | |
| 176. Orphagen Pharmaceuticals preferred shares | | None | J | W | | | | | |

1 Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)     F =$50,001 - $100,000       G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes                 J =$15,000 or less          K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
  (See Columns C1 and D3)     N =$250,001 - $500,000      O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
  (See Column C2)             U =Book Value              V =Other                    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, I have listed Rental Property #1 twice, in lines 4 and 19. 12% of the property is held in Trust #1 (line 19), and 21 1/3% is owned by me separately (line 4), and the gross values of those percentage interests are estimated accordingly. Rental Property #1 is rented--my share of the gross rent is reflected on line 4.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Orrick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 30 | 457 | Notes payable to banks-secured (auto) | | 22 | 744 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 2 | 136 | 432 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | 10 | 000 | Real estate mortgages payable – see schedule | 1 | 760 | 340 |
| Real estate owned – see schedule | 5 | 366 | 050 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Family trusts | 6 | 255 | 593 | | | | |
| Thrift Savings Plan | | 22 | 065 | | | | |
| Law firm pension | | 470 | 063 | Total liabilities | 1 | 783 | 084 |
| | | | | Net Worth | 12 | 597 | 576 |
| Total Assets | 14 | 380 | 660 | Total liabilities and net worth | 14 | 380 | 660 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |